AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Ginger Bright Corey, et al )<br>*Plaintiff* )<br>v. )<br>Metropolitan Life Insurance Company, et al )<br>*Defendant* ) | Civil Action No. MO:10-CV-51 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Remanded to State Court in Ector County, Texas

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Robert A. Junell _____ on a motion for
   To Deposit Funds into Registry of the Court for Attorneys' Fees and for Discharge of Metropolitan Life Insurance Company.

Date:   08/31/2010

**WILLIAM G. PUTNICKI**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*