IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

**FILED**

JUN 10 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ D( )
DEPUTY CLERK

| | |
|---|---|
| **GINGER BRIGHT COREY** and | § |
| **HOUSTON BRIGHT,** | § |
| **Plaintiffs,** | § |
| **Counter-Defendants, and** | § |
| **Third Party Defendants,** | § |
| | § |
| v. | § |
| **JOHN COOPER,** | § |
| **Defendant,** | § |
| **Counter-Plaintiff,** | § |
| **Third Party Plaintiff, and** | § |
| **Cross-Plaintiff,** | § |
| | § |
| v. | § |
| **JOE DON GEORGE, in His Capacity** | § |
| **as substitute Executor of the ESTATE** | § |
| **OF LONNIE RAY COOPER,** | § |
| **Defendant,** | § |
| | § |
| v. | § |
| **BP AMERICA, INC.** | § |
| **Defendant, and** | § |
| **Cross-Defendant,** | § |
| | § |
| v. | § |
| **CARRIE BOE,** | § |
| **Third Party Plaintiff, and** | § |
| **Cross-Plaintiff** | § |
| | § |
| v. | § |
| **THE VETHAN LAW FIRM, P.C.,** | § |
| **and LEE KELLER KING** | § |
| **Third Party Defendants.** | § |

CIVIL ACTION NO. 7:10:CV134:RAJ
(MO: 10-CV-51 )

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

Before the Court is the Joint Stipulation of Dismissal With Prejudice submitted by the parties and supported by a Full and Final Settlement Agreement and Release. The Court is of the opinion that the Stipulation should be approved.

It is therefore ORDERED that the Stipulation of Dismissal with Prejudice is approved. Any and all claims pending against each party are hereby DISMISSED WITH PREJUDICE. Additionally, all remaining matters regarding the probate of the Estate of Cindy Cooper are hereby remanded to the County Court of Ector County, Texas, for resolution by that court under Texas Probate law in accordance with the agreement of the parties.

It is ORDERED that BP America, Inc. shall immediately distribute to John Cooper and Carrie Boe all monies, benefits, or proceeds from Lonnie Cooper's BP Retirement Accumulation Plan, Employee Savings Plan, and Capital Accumulation Plan in accordance with the instruments and documents governing same. Upon receipt of said funds, John Cooper shall pay Ginger Bright Corey and Houston Bright, jointly, the sum of NINETY-THREE THOUSAND AND NO/100 DOLLARS ($93,000.00). Also, upon distribution by BP America, Inc. to John Cooper, John Cooper shall pay Cotton, Bledsoe, Tighe & Dawson, P.C. the total present cash value sum of SIXTY THOUSAND AND NO/100 DOLLARS ($60,000.00).

It is furthered ORDERED that the Clerk of this Court shall immediately distribute all monies deposited by Metropolitan Life Insurance Company and held in the registry of this Court in connection with or pertaining to this Litigation to John Cooper, Ginger Bright Corey, Houston Bright, Carrie Boe, and the law firm of Cotton, Bledsoe, Tighe & Dawson, P.C. as follows:

a.  First to John Cooper the amount of TWO HUNDRED FORTY THOUSAND SIX HUNDRED NINETY AND 95/100 DOLLARS ($240,690.95) from the registry of the Court in connection with this Litigation and related litigation (Cause No. 7:10-CV-0051, In the Western District of Texas, Midland/Odessa Division);

MID: 012469\000001\955106.1

b.    Second to Ginger Bright Corey and Houston Bright, jointly, the sum of SIXTY TWO THOUSAND AND NO/100 DOLLARS ($62,000.00);

c.    Third to Cotton, Bledsoe, Tighe, & Dawson, P.C. the sum of FORTY THOUSAND AND NO/100 DOLLARS ($40,000.00); and

d.    Fourth to Carrie Boe the balance remaining in the Court's Registry.

SIGNED on this 9th day of ~~MAY~~ June, 2011.

ROBERT JUNELL
United States District Judge
Western District of Texas